AO 440(Rev. 12/09) Summons in Civil Action

Civil Action No. **2:12-CV-01821-JAK-RZ**

## PROOF OF SERVICE
*(This Section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This Summons for *(name of individual and title, if any)* **ELAN FINANCIAL SERVICES** was received by me on *(date)* **04/19/2012**

☐ I personally served the summons on the individual at *(place)* on *(date)* or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on *(date)* , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **ELAINE SHOROFF** , who is designated by law to accept sevice of process on behalf of *(name of organization)* **ELAN FINANCIAL SERVICES** at **2 PARK PLAZA SUITE 700 , IRVINE, 92714** on *(date)* **May 04, 2012** at *(time)* **1:27 PM**; or

☐ I returned the summons unexecuted because; or

☐ Other *(specify)*:

My fees are   $50.00   for travel and   $   for services, for a total of   $50.00

I declare under penalty or perjury that this information is true.

Date: **May 07, 2012**

*Server's signature*

**ALEC GILLIS - Process Server** #1747
*Printed name and title*

624 Broadway, Ste 303, San Diego, CA 92101
*Server's Address*

Additional information regarding attempted service, etc: